# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1273
_____

JEREMIAH SCHRODER, Former
Husband,

    Appellant,

    v.

LAURA AARON SCHRODER,
Former Wife,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

October 29, 2019

PER CURIAM.

    AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dawn Weiger O'Neill, St. Petersburg, for Appellant.

Leslie Smith Haswell, Gainesville, for Appellee.